Núms. 7987 y 8010.—Pueblo, apldo. *v.* Montañez y Lorenzano, apltes.—C. D. San Juan. Febrero 9, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, estos dos casos se vieron conjuntamente en la Corte de Distrito de San Juan y en ellos se acusó a Justo Montañez Medina,

Pedro Lorenzano y Cándido Rubio Colón de delitos de falsa representación e impostura;

POR CUANTO, en la causa 13421 se condenó a Justo Montañez Medina y a Pedro Lorenzano a cumplir cuatro meses de cárcel cada uno y a pagar las costas, y se absolvió a Cándido Rubio Colón; y en la causa 13420 los tres acusados fueron convictos y condenados a cumplir tres meses de cárcel y a pagar las costas;

POR CUANTO, los acusados han apelado todos de las respectivas sentencias, pero apareciendo que Cándido Rubio Colón no ha elevado la transcripción de evidencia, están pendientes únicamente las apelaciones de las sentencias dictadas contra Montañez y Lorenzano;

POR CUANTO, examinados los autos de ambos casos y comprobado que Lorenzano fué juzgado sin la asistencia de abogado, sin que se le nombrara uno, sin que se le advirtiera de tal derecho y sin que lo renunciara inteligentemente;

POR CUANTO, de los autos aparece que el acusado apelante Montañez Medina compareció a la vista de ambos casos representado por su abogado Lic. Díaz Collazo;

POR CUANTO, visto el alegato del apelante Montañez, escrito por él mismo, y estudiado cuidadosamente el récord no aparece razón para revocar la sentencia por el motivo aducido, o sea error en la apreciación de la prueba, ni por ningún otro;

POR TANTO, y siguiendo la regla sentada en el caso de *Ex parte Emiliano Rodríguez Reyes,* 55 D.P.R. 415, se revoca la sentencia en cuanto al acusado Pedro Lorenzano, y se declaran nulos todos los procedimientos seguidos contra dicho acusado en la Corte de Distrito de San Juan, debiendo quedar en pie únicamente la acusación; y se devuelve el caso para ulteriores procedimientos consistentes con esta sentencia. En cuanto al otro apelante Justo Montañez Medina deben confirmarse las sentencias apeladas en los casos de epígrafe.